**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

ALICIA S., *o/b/o Daniel J.S., Jr.*,

                    Plaintiff,
          v.

                                                    No. 6:26-CV-01290
COMMISSIONER OF SOCIAL                              (BKS/PJE)
SECURITY,

                    Defendant.

---

**APPEARANCES:**                          **OF COUNSEL:**

Alicia S. *o/b/o*
D.J.S., Jr.
Plaintiff pro se

Social Security Administration            CANDACE BROWN CASEY, ESQ.
6401 Security Boulevard
Baltimore, Maryland 21235
Attorneys for Defendant

**PAUL J. EVANGELISTA**
**U.S. Magistrate Judge**

**DECISION & ORDER**

    Alicia S. commenced this action pro se on June 24, 2026, on behalf of Daniel J. S., Jr.  Although a parent may proceed in a social security appeal on behalf of their minor child in certain circumstances, "[w]hen the child is an adult, however, courts have recognized that a sufficient overlap of interests between parent and child may not exist." *Ortiz v. Comm'r of Soc. Sec.*, No. 25 CIV. 8416 (JAV) (GS), 2026 WL 1406678, at *1 (S.D.N.Y. Apr. 14, 2026), *report and recommendation adopted sub nom. Ortiz In Care*

1

*of Brown v. 1699 New York Ave. Parking LLC*, No. 25-CV-08416 (JAV) (GS), 2026 WL 1400361 (S.D.N.Y. May 19, 2026).[1]

Daniel J. S, Jr., is not a minor.  Therefore, he must commence this action on his own behalf or under the representation of an attorney unless several factors are proven. Therefore, for Alicia S. to be able to proceed on Daniel J. S., Jr's behalf pro se, Alicia S. must demonstrate the following:

(1) Daniel J.S., Jr is legally incompetent, and

(2) there is a sufficient overlap between her interests and that of Daniel J. S., Jr., and

(3) Alicia S. is competent to represent Daniel J. S., Jr.'s interests.

Accordingly, **within twenty-one days from the filing date of this Order**, one of the following actions must occur:

(1) a licensed attorney is retained on behalf of Daniel J. S., Jr. and that attorney files a notice of appearance on this Court's docket, or

(2) the Court is advised in writing that Daniel J. S., Jr. will proceed in this matter on his own behalf, or

(3) if Alicia S. wishes to continue to proceed in this matter pro se on behalf of Daniel J. S., Jr., she must file a response with the Court, on or before August 4, 2026, explaining the following: "what circumstances exist, if any, that warrant allowing her to represent [Daniel J. S., Jr.] pro se in this action, including why [Daniel J. S., Jr.]  is unable to represent h[im]self pro se, whether [Alicia S.] has been appointed a guardian ad litem [legal guardian] or otherwise has legal custody of or responsibility for [Daniel J. S., Jr.],

---

[1] The Court has provided a copy of the unpublished case cited within this Decision & Order.

2

and what assurances the Court and the Social Security Administration would have that any award of SSI benefits would be distributed to [Daniel J. S., Jr.]." *Ortiz*, 2026 WL 1406678, at *2.

If, at the end of this twenty-one-day period, **no later than August 4, 2026**, Alicia S. or Daniel J. S., Jr. have not taken any of the three above actions, this action will be forwarded to the District Judge for consideration of dismissal without prejudice.

**IT IS SO ORDERED.**

Dated: July 14, 2026
     Albany, New York

Paul J. Evangelista
U.S. Magistrate Judge